No. 360, Misc. DAVIS v. UNITED STATES. Motion for leave to file petition for writ of certiorari, habeas corpus and other relief denied.

No. 375, Misc. NICHOLS v. AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. Motion for leave to file petition for writ of certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application.

No. 391, Misc. GOODSON v. UNITED STATES ET AL. Motion for leave to file petition for writ of certiorari and petition for writ of mandamus denied.

No. 327, Misc. HOWARD v. UNITED STATES ET AL.;
No. 330, Misc. IN RE WELLS;
No. 332, Misc. IN RE TABANO;
No. 333, Misc. GOULDING v. UNITED STATES;
No. 339, Misc. IN RE ANDERSON;
No. 340, Misc. KING v. McNEILL;
No. 343, Misc. IN RE MILLER;
No. 355, Misc. MAHAR v. LAINSON, WARDEN;
No. 365, Misc. HIBBS v. McLEOD, WARDEN, ET AL.; and
No. 388, Misc. IN RE HARRIS. Motions for leave to file petitions for writs of habeas corpus denied.

No. 358, Misc. BUTLER v. LAWS, CHIEF JUDGE, U. S. DISTRICT COURT; and
No. 363, Misc. DAVIS v. PENNSYLVANIA. Motions for leave to file petitions for writs of mandamus denied.

No. 376, Misc. TENNESSEE v. BOYD, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus denied. *Clark P. Moss,* District Attorney General of Tennessee, and *L. E. Gwinn* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Melvin Richter* for respondents.